ADAM J. HODKIN, *pro hac vice*
Florida Bar No. 962597
ahodkin@padulahodkin.com
STEPHEN J. PADULA, *pro hac vice*
Florida Bar No. 182362
spadula@padulahodkin.com
PADULA HODKIN, PLLC
101 Plaza Real South, Suite 207
Boca Raton, FL 33432
Phone: 561.544.8900
Fax: 561.544.8999

Attorneys for Plaintiff

```
                    ┌──────────────────────────┐
                    │ ☒ FILED      __ LODGED   │
                    │ __ RECEIVED  __ COPY     │
                    │                          │
                    │      MAR 2 0 2012        │
                    │                          │
                    │  CLERK U S DISTRICT COURT│
                    │    DISTRICT OF ARIZONA   │
                    │ BY_____ DEPUTY │
                    └──────────────────────────┘
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA - PHOENIX

WINESTYLES, INC., on behalf of
itself and all others similarly situated,

        Plaintiff,

vs.

GODADDY.COM, LLC, a Delaware
limited liability company,

        Defendant.

**CV 12-00583-PHX-SPL**

Case No. _____

## CLASS ACTION COMPLAINT

Plaintiff, WineStyles, Inc., on behalf of itself and all persons similarly situated, alleges the following based on personal knowledge as to the allegations regarding the Plaintiff, and on information and belief as to other allegations.

1.      This is a civil action seeking monetary damages, restitution, and declaratory relief from Defendant GoDaddy.com, LLC ("GoDaddy") arising from its unfair and unconscionable assessment and collection of excessive fees for private registration services of internet domain names.

2.      The premise of this action is that GoDaddy induced Plaintiff and the Class (hereinafter sometimes referred to as "Customers") to purchase 5 or more internet domain names by offering "FREE" Private Registration internet domain name services, and then without

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

adequate disclosure or consent, overbilled and charged the Customers for those ostensibly "FREE" services upon the renewal of the Customer's internet domain names.

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction of this action under the Class Action Fairness Act of 2005.  Pursuant to 28 U.S.C. §§ 1332(d)(2) and (6), this Court has original jurisdiction because (a) the aggregate claims of the putative Class members exceed $5,000,000.00, exclusive of interest and costs; (b) the Plaintiff is a resident of a different state than GoDaddy; (c) on information and belief, the number of members of all proposed plaintiff classes in the aggregate is equal to or more than 100; (d) on information and belief, less than one-third of the members of all proposed plaintiff classes in the aggregate are citizens of Arizona; and (e) there is federal question jurisdiction in  connection with Count V of this Complaint arising under 15 U.S.C. §1693a.

4.      Venue is proper in this district because: (a) GoDaddy's principal place of business is located in this district; (b) GoDaddy's breach of contract and other wrongs enumerated herein occurred in this district; and (c) section 19 of the Universal Terms of Service Agreement ("UTSA") governing the GoDaddy – customer relationship formed through the GoDaddy.com internet website provide that "any action relation to or arising out of these UTSA shall be brought in the state or federal courts of Maricopa County, Arizona."  A true and correct copy of the current UTSA and others which Plaintiff could obtain copies of are attached hereto as Composite Exhibit "A".[1]

## THE PARTIES

5.      Plaintiff WineStyles, Inc. is a for profit corporation formed pursuant to the laws of the State of Florida and having its principal place of business in Broward County, Florida.

---

[1] The UTSA has changed over time.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

6.      Defendant GoDaddy is a Delaware limited liability company having its principal place of business in Maricopa County, Arizona.

## COMMON FACTUAL ALLEGATIONS

### I.      GODADDY DOMAIN NAME REGISTRATIONS

7.      GoDaddy is an internet domain name registrar that claims to be the largest domain name registrar in the world.

8.      At its website GoDaddy.com, GoDaddy states that it offers "low cost" internet domain name registrations and other services related to domain name registrations.

9.      When a consumer purchases a domain name registration using GoDaddy, that domain name registration is typically good for a period of yearly increments from one to ten years.  When the domain name registration is close to expiring, GoDaddy charges a fee to the consumer to keep the domain name registered.

10.     The owner of a domain name must list contact information as part of the domain registration process.  That contact information is publicly accessible to anyone using, amongst other services, a domain name WHOIS search service to identify the registrant of a particular domain name.

### II.     PRIVATE REGISTRATIONS

11.     In addition to domain name registrations, separate Private Registration services are utilized and sold by domain name registrars so that the owners of internet domain names can mask their identities from persons trying to determine ownership of a domain name.

12.     GoDaddy sells a separate Private Registration service called "Private Registration" (also called "Domains By Proxy") whereby the identity of domain name owners are not displayed in the public WHOIS database.  Instead, Domains By Proxy, Inc. becomes the actual registrant of the domain name, and not the customer who paid for the internet domain names.  Domains By

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

Proxy Inc.'s company information appears in the public WHOIS database instead of the identity of the customer.

13.    GoDaddy and Domains By Proxy, Inc. are separate companies owned by the same parent, GoDaddy Operating Company, LLC.

14.    GoDaddy customers access the Private Registration service through various hyperlinks to DomainsByProxy.com. The Private Registration service is managed through a separate Domains By Proxy account and customer number that Domains By Proxy, Inc. automatically assigns and sets up for the domain registrant at DomainsByProxy.com at the time of internet domain names are purchased.

15.    The Private Registration service runs concurrently with the domain name purchase for the same period of time that the customer purchases the domain name registration.

16.    Accordingly, if the customer registers a domain name for one year, and GoDaddy gave a "FREE" Private Registration, the Private Registration runs for the exact same length of time as the domain name registration.

17.    Throughout the entire class period, GoDaddy enticed and entices domain purchasers with the supposed benefits of Private Registration. GoDaddy describes Domains By Proxy, Inc. as a "partner" stating:

> How can I protect my privacy?
>
> To keep your personal data from falling into the wrong hands, GoDaddy.com offers Private Registration through **our partner**, Domains By Proxy®. Instead of displaying your personal information in the "WHOIS" database for all to see, Domains By Proxy® will replace it with their own. The domain will still belong to you - except now, you and Domains By Proxy® will be the only ones who know it. http://who.godaddy.com/ (emphasis added).

## III.    THE BULK PRICING – PRIVATE REGISTRATION GIVEAWAY

18.    Since 2006, GoDaddy has offered bulk-pricing rates to Customers purchasing 5 or more internet domain names at one time – a practice GoDaddy refers to as "bulk registration."

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

The bulk pricing rates have been posted online at GoDaddy.com in a "Bulk Pricing" chart. Along with a discounted bulk price on domain name registrations, GoDaddy represents that it gives away its "FREE" privacy service called "Private Registration" to any Customer who purchases 5 or more domain name registrations.

19.    If the Customer does not purchase 5 or more domain name registrations, GoDaddy currently sells this same Private Registration service for the regular price of $9.99 per year. During the class period as defined below, GoDaddy offered the Private Registration service at a regular, non-bulk price of $8.99 or $9.99.

20.    Throughout the class period, GoDaddy enticed and entices Customers to both register 5 or more internet domain names because the Customer would get "FREE" Private Registration, and to accept the "FREE" Private Registration offer because of the supposed benefits of the Private Registration service. GoDaddy's statements are pervasive, and throughout GoDaddy.com.

21.    Once Customers accepted the "FREE" Private Registration offer, the customers are no longer identified as the registrants of the internet domain names. Instead, Domains By Proxy, Inc. is identified as the domain name registrant in the public databases.

22.    The current GoDaddy Private Registration pricing screen which is hyperlinked to the current GoDaddy Bulk Pricing chart represents that "Private Domain Registration" is "FREE when you register 5 or more domains – NO LIMIT!", and a consumer can "Register or Transfer five internet domain names or more and get FREE PRIVACY on every domain your register on this order!" as follows:

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432



23.    The only disclaimer on the Private Domain Registration screen was drafted by GoDaddy to mislead consumers into believing that the FREE Private Registration provided by GoDaddy when registering or transferring five or more domains was provided on a per year basis; in fact, the disclaimer expressly provides that the "FREE" Private Registration is a "($9.99/yr value)", as follows:

> Get FREE Private Registration (**$9.99/yr value**) when you register or transfer five or more domains, NO QUANTITY LIMIT! Protect yourself from spam, fraud, stalkers and worse by keeping your name, address, email and phone number private.
>
> Private Registration **MUST** be added to your cart before checkout, in order to qualify for this offer.
>
> This offer is valid for .COM, .CO, .INFO, .NET, .ORG, .ME, .MOBI, .BIZ, .XXX, .MX, .TV, .WS, .BZ, .COM.BZ, .NET.BZ, .CC, .COM.CO, .NET.CO, .NOM.CO, .COM.MX, .NAME. and .NL.

PAOLA HOXKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

By suggesting that the value of "FREE" Private Registration was $9.99/yr, and that the "FREE" service had "NO LIMIT!", GoDaddy represented that the "FREE" Private Registration services would be for the lifetime of the domain name, and Plaintiff (and on information and belief, the Class) believed this to be the case.

## IV.   GODADDY'S AUTOMATIC REGISTRATION RENEWAL

24.    When a domain name expired, it was generally defaulted by GoDaddy into an automatic renewal payment, whereby GoDaddy automatically renewed the domain name for the Customer and charged the Customer's credit card the then-current price for a domain name registration. GoDaddy also charged the Customer for any services that were purchased with the domain name registration. GoDaddy charged the Customer for the "FREE" Private Registration that initially was not purchased by the Customer, but which was given to the Customer by GoDaddy for "FREE" as an inducement to purchase and register 5 or more internet domain names in bulk.

25.    GoDaddy defaults most services purchased at GoDaddy.com into the automatic renewal setting.

26.    In order to effectuate automatic renewals, Customers store payment methods such as credit cards and debit cards in their online GoDaddy account.

27.    Pursuant to this account level automated default setting, and under its UTSA and without any input from the customer, GoDaddy will automatically renew any expiring domain name registration supposedly at the "then current rates" before the domain name expires. (See UTSA attached hereto as **Exhibit "A"**).

28.    GoDaddy will automatically take, and has taken, payment for the automatically renewed services from the Customer's prescribed payment methods. According to the UTSA,

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

automatic renewal is for the benefit of domain registration purchasers "TO ENSURE THAT YOU DO NOT EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES[.]"

29.     GoDaddy defaults the Private Registration service into the automatic renewal setting regardless of how the Private Registration was attached to the domain name, either through the "FREE" bulk-pricing rate on 5 or more domains, or on a single Private Registration purchase.

30.     Because the "FREE" Private Registration service was defaulted into automatic renewal by GoDaddy, at the same time that GoDaddy renewed the bulk purchased internet domain names for customers, GoDaddy automatically renewed the Private Registration service. However, instead of the price for the Private Registration services being "FREE," as was posted on GoDaddy.com at the time the charge was made, GoDaddy upon renewing the associated domain name charged the full regular price of $8.99 for the Private Registration services (in late 2011 this price was changed to $9.99).

31.     None of the email renewal notices sent by GoDaddy to Customers contained any indication that the "FREE" Privacy services were no longer "FREE" upon the renewal of internet domain names that had been purchased and registered in bulk.

32.     Throughout the class period, GoDaddy provided wholly inadequate disclaimers on GoDaddy.com, which reiterated the "FREE" offer but never mentioned to Customers that the Private Registration service would be automatically renewed by GoDaddy at the full price applicable to single domain name purchases, instead of for "FREE."

33.     GoDaddy was aware, or should have been aware, that it's charging for the "FREE" Private Registration offer was deceptive and confusing to Customers, because it was notified by customers that they were confused as a result of having been charged for "FREE" privacy services upon renewal.  Rather than changing any of the disclaimers, or even clarifying the

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

deceptive nature of the "FREE" Private Registration offer after learning that Customers found it deceptive and confusing, GoDaddy continues to engage in this scheme to this day.

34.     As a direct and proximate result of GoDaddy's egregious conduct, Plaintiff and the Class have been overcharged by GoDaddy for Private Registrations.

## V.     GODADDY'S BULK PRICING SCHEME BEGINS IN 2006

### A.     Prior to 2006

35.     Prior to 2006, GoDaddy provided Bulk Pricing of internet domain names and Private Registrations, separately charging for each service, as this October 2005 Bulk Pricing chart from GoDaddy.com reflects:



### B.     The Bulk Pricing Chart Posted On GoDaddy.com Changes in 2006 to Advertise "FREE" Privacy

36.     Beginning in and since 2006, GoDaddy changed the then current rates posted in the Bulk Pricing chart to include "FREE" Private Registrations when a certain number of domains were purchased.  From 2006, throughout the entire class period, GoDaddy advertises and represents that any consumer who purchases 5 or more internet domain names at a time is eligible for "FREE" Private Registration as part of their domain name registration.

37.     For example in March 2006, GoDaddy posted the following "New Bulk Pricing" chart listing the then current rates for Private Registration service (identified by "Privacy"):

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

WineStyles, lnc. vs. GoDaddy.com, LLC
Class Action Complaint                                    9
Case No.

PADILLA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432



**It's easy to register your new domain names in bulk - and you'll save BIG too!**

✕ NEW! Every domain includes FREE Hosting

Registering more than one domain name? Just enter your names in the field below. Plus, get special bulk pricing!***

**New Bulk Pricing - SAVE up to 26%**   View full price chart

| | 1-5 | 6-20 | 21-49 | 50-100 | 101+ |
|---|---|---|---|---|---|
| Privacy | FREE** | FREE** | FREE** | FREE** | FREE** |
| .com* | $8.95 | $7.95 SAVE 11%! | $7.25 SAVE 19%! | $6.75 SAVE 25%! | $6.65 SAVE 26%! |
| .info* SAVE! | $5.95 | $5.95 | $5.95 | $5.95 | $5.95 |
| .net* | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 |
| .org* SAVE! | $7.95 | $7.95 | $7.25 | $6.75 | $6.65 |

Want even better rates? Become your own best customer! Join our Reseller Program and buy at wholesale!

Enter each domain name you would like to register on a separate line, then click the "GO" button. You may enter up to 500 names:

Example: domainnameone.com
domainnametwo.com
domainnamethree.net
domainnamefour.org

Note: You can mix ANY domain extensions in this purchase. Bulk pricing will be applied based upon the total number of domains in your list -- no matter which domain extensions are entered. For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains.

**Support**
**Check My Email**
**Related Products**

**Deluxe Hosting** - Just $6.26/mo for 12 months! Save 10%! Host with 10,000MB space, 500GB transfer, FREE software & more!
Select OS:  Windows

**Deluxe Email** - Just $19.95/yr! Advertising-free and protected from fraud, spam & viruses!
1 year $19.95

**WebSite Tonight® Deluxe** - Just $8.06/mo for 12 months! Build your site online in minutes! Save 10%!

* Plus ICANN fee of 25 cents per domain name year. Certain TLD's only.
** When you register 3 or more eligible domains.
*** Domains with bulk pricing do not qualify for additional promotional discounts.

| FREE Extras | Check out our low prices | Domain Services | Domain FAQs | Support | Legal | ✕ |
|---|---|---|---|---|---|---|

Make your .com, .biz, .info, .name, .net, or .org domain PRIVATE for just $1.95/yr

**Bulk Registration Pricing (per domain)**

| Privacy | 1-5 | 6-20 | 21-49 | 50-100 | 101-200 | 201-500 |
|---|---|---|---|---|---|---|
| | FREE** | FREE** | FREE** | FREE** | FREE** | FREE** |
| .com* | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| .net* | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| .org* | $7.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| .biz* | $7.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| .info* | $5.95 | $5.95 | $5.95 | $5.95 | $5.95 | $5.95 |
| .us | $7.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| .ws | $9.99 | $8.95 | $8.25 | $7.75 | $7.65 | $7.65 |
| .name* | $9.95 | $8.95 | $8.25 | $7.75 | $7.65 | $7.65 |

Pricing for 1-year registration

* Plus ICANN fee of 25 cents per domain name year. Certain TLD's only.
** When you register 3 or more eligible domains.

• Compare our Prices!   • Manage My Domains
• Why our prices are so low!

38.   The only disclaimer to the Customer's receipt of "FREE" Private Registration is: "When you register 3 or more eligible domains."

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

39.     In order to generate more domain registrations and revenue, GoDaddy heavily promoted bulk pricing as a way to "save big."

40.     These statements, the "Bulk Pricing" chart, and disclaimers regarding "Bulk Pricing" were substantially the same throughout the entire class period.

41.     GoDaddy has always provided a Bulk Pricing chart on its website where it lists the then current bulk pricing rates.

**C.   The Bulk Pricing Chart Posted On GoDaddy.com in 2007 Advertises "FREE" Privacy**

42.     In 2007, GoDaddy posted the following then current rates for Bulk Pricing in this Chart:

**Save up to 25% with Special Bulk Pricing\*\*\*!**

Domain Club
View full price chart

Enter up to 500 domain names below: (Each name must be on a separate line)

| Also Search for: check all<br>Add more domains and SAVE! | .com\* | .net\* | .info\* | .biz\* |
|---|---|---|---|---|

403686

When the "GO" button is clicked, please be patient while your domain names are verified.
Note: Bulk pricing will be applied based upon the total number of domains in your list — no matter which domain extensions are selected. For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains.

Want even better rates?
Join our Discount Domain Club!

\* Plus ICANN fee of 22 cents per domain name year. Certain TLD's only.
\*\*\* Domains with bulk pricing do not qualify for additional promotional discounts.

| Check out our low prices | FREE Extras | Domain Services | Domain FAQs | Support | Legal | × |
|---|---|---|---|---|---|---|

**Bulk Registration Pricing Per Year (per domain)**

| Privacy | | 1-5 | 6-20 | 21-49 | 50-100 | 101-200 | 201-500 |
|---|---|---|---|---|---|---|---|
| .COM\* | | FREE\*\* | FREE\*\* | FREE\*\* | FREE\*\* | FREE\*\* | FREE\*\* |
| | 1 yr | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| | 2 yrs | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| | 3 yrs | $8.95 | $7.95 | $7.25 | $6.75 | $6.65 | $6.65 |
| | 5 yrs | $8.75 | $7.77 | $7.20 | $6.75 | $6.65 | $6.65 |
| | 10 yrs | $8.50 | $7.50 | $7.10 | $6.75 | $6.65 | $6.65 |
| .INFO\* | 1 yr | $0.99 | $0.99 | $0.99 | $0.99 | $0.99 | $0.99 |
| .NET\* | 1 yr | $8.99 | $7.99 | $7.29 | $6.79 | $6.69 | $6.69 |
| .ORG\* | 1 yr | $8.99 | $8.99 | $7.29 | $6.79 | $6.69 | $6.69 |
| .BIZ\* | 1 yr | $7.99 | $7.99 | $7.29 | $6.79 | $6.69 | $6.69 |
| .US | 1 yr | $7.99 | $7.99 | $7.29 | $6.79 | $6.69 | $6.69 |
| .MOBI\* | 1 yr | $14.99 | $14.99 | $14.99 | $12.99 | $12.99 | $12.99 |
| .WS | 1 yr | $9.99 | $8.99 | $8.29 | $7.79 | $7.69 | $7.69 |
| .NAME\* | 1 yr | $9.99 | $8.99 | $8.29 | $7.79 | $7.69 | $7.69 |

**FREE Privacy** for your .com, .biz, .info, .name, .net, .mobi, or .org domain when you register five or more domains at one time.

- View full price chart
- Why our prices are so low!
- Manage My Domains

\* Plus ICANN fee of 22 cents per domain name year. Certain TLD's only.
\*\* When you register 5 or more eligible domains.

43.     The "\*\*" Disclaimer reads: "When you register 5 or more eligible domains."

**D.    The Bulk Pricing Chart Posted on GoDaddy.com in 2008 Advertises "FREE" Privacy**

44.     In 2008, GoDaddy posted the following then current rates for Bulk Pricing in this Chart:

| Check out our low prices | FREE Extras | Domain Services | Domain FAQs | Support | Legal | × |
| --- | --- | --- | --- | --- | --- | --- |

Join the Discount Domain Club: Always the best prices. No Volume requirements.

**Bulk Registration Pricing Per Year (per domain)**
**All prices are listed in United States dollars ($).**

View full price chart

Why our prices are so low!

Manage My Domains

| Privacy | | 1-5 | 6-20 | 21-49 | 50-100 | 101-200 | 201-500 | × |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | FREE†† | FREE†† | FREE†† | FREE†† | FREE†† | FREE†† | FREE†† |
| .COM* | 1 yr | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 2 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 3 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 5 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 10 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| .NET* | 1 yr | 12.99 | 8.99 | 8.49 | 6.49 | 5.99 | 5.99 | 5.99 |
| .INFO* | 1 yr | ~~10.69~~ 0.99 | ~~9.99~~ 0.99 | ~~9.99~~ 0.99 | ~~8.99~~ 0.99 | ~~7.99~~ 0.99 | ~~7.99~~ 0.99 | 0.99 |
| .ORG* | 1 yr | 14.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| .ME | 1 yr | ~~19.99~~ 14.99 | ~~19.99~~ 14.99 | ~~19.99~~ 14.99 | ~~18.99~~ 14.99 | ~~16.99~~ 14.99 | ~~16.99~~ 14.99 | 14.99 |
| .TV | 1 yr | ~~39.99~~ 19.99 | ~~39.99~~ 19.99 | ~~39.99~~ 19.99 | ~~39.99~~ 19.99 | ~~39.99~~ 19.99 | ~~39.99~~ 19.99 | 19.99 |
| .MOBI* | 1 yr | ~~14.99~~ 7.99 | ~~14.99~~ 7.99 | ~~14.99~~ 7.99 | ~~12.99~~ 7.99 | ~~12.99~~ 7.99 | ~~12.99~~ 7.99 | 7.99 |
| .BIZ* | 1 yr | 14.99 | 9.99 | 8.99 | 7.99 | 6.99 | 6.99 | 6.99 |
| .US | 1 yr | ~~19.99~~ 14.99 | 9.99 | 8.99 | 7.99 | 7.29 | 7.29 | 7.29 |
| .CA | 1 yr | 12.99 | 12.99 | 12.99 | 12.99 | 12.99 | 12.99 | 9.99 |
| .ASIA* | 1 yr | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 |
| .WS | 1 yr | 14.99 | 13.99 | 12.99 | 12.99 | 11.99 | 11.99 | 11.99 |

\* Plus ICANN fee of 20 cents per domain name year. Certain TLD's only.
†† FREE Privacy for your .COM, .NET, .INFO, .ORG, .ME, .TV, .MOBI, .BIZ, .WS and .CC domain when you register five or more domains at one time.
Note: Bulk pricing will be applied based upon the total number of domains in your list - no matter which domain extensions are selected.  For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains.

45.     The disclaimer at the bottom reads: "FREE Privacy for your .COM, .NET, .INFO, .ORG, .ME, .TV, .MOBI, .BIZ, .WS and .CC domain when you register five or more domains at one time.  Note: Bulk pricing will be applied based upon the total number of domains in your list -- no matter which domain extensions are selected.  For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains."

**E.     The Bulk Pricing Chart Posted on GoDaddy.com in 2009 Advertises "FREE" Privacy**

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

46.     In 2009, GoDaddy posted the following then current rates for Bulk Pricing:

Check out our
low pricesFREE ExtrasDomain ServicesDomain FAQsSupportLegal
Join the Discount Domain Club: Always the best prices. No Volume requirements.

**Bulk Registration Pricing Per Year (per domain)**
**All prices are listed in United States dollars ($).**

| Privacy | | 1-5 | 6-20 | 21-49 | 50-100 | 101-200 | 201-500 | x |
|---|---|---|---|---|---|---|---|---|
| | | FREE** | FREE** | FREE** | FREE** | FREE** | FREE** | FREE** |
| .COM* | 1 yr | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 2 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 3 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 5 yrs | ~~10.69~~ 9.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 10 yrs | ~~10.69~~ 9.99 | ~~8.99~~ 8.99 | ~~8.49~~ 8.49 | ~~7.99~~ 7.99 | ~~7.29~~ 7.29 | ~~7.29~~ 7.29 | 7.29 |
| .NET* | 1 yr | ~~12.99~~ 8.99 | 8.99 | 8.49 | 6.49 | 5.99 | 5.99 | 5.99 |
| .ME | 1 yr | ~~19.99~~ 9.99 | ~~19.99~~ 9.99 | ~~19.99~~ 9.99 | ~~18.99~~ 9.99 | ~~16.99~~ 9.99 | ~~16.99~~ 9.99 | 9.99 |
| .INFO* | 1 yr | ~~10.69~~ 0.99 | ~~8.99~~ 0.99 | ~~8.99~~ 0.99 | ~~8.99~~ 0.99 | ~~7.99~~ 0.99 | ~~7.99~~ 0.99 | 0.99 |
| .ORG* | 1 yr | 19.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| .MOBI* | 1 yr | ~~14.99~~ 7.99 | ~~14.99~~ 7.99 | ~~14.99~~ 7.99 | ~~12.99~~ 7.99 | ~~12.99~~ 7.99 | ~~12.99~~ 7.99 | 7.99 |
| .BIZ* | 1 yr | 14.99 | 9.99 | 8.99 | 7.99 | 6.99 | 6.99 | 6.99 |
| .US | 1 yr | ~~10.99~~ 8.99 | ~~9.99~~ 8.99 | ~~8.99~~ 8.99 | 7.99 | 7.29 | 7.29 | 7.29 |
| .CA | 1 yr | 12.99 | 12.99 | 12.99 | 12.99 | 12.99 | 9.99 | 9.99 |
| .ASIA* | 1 yr | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 |
| .WS | 1 yr | 14.99 | 13.99 | 12.99 | 12.99 | 11.99 | 11.99 | 11.99 |
| .BZ | 1 yr | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 19.99 |
| .IN | 1 yr | ~~14.99~~ 5.99 | ~~14.99~~ 5.99 | ~~14.99~~ 5.99 | ~~14.99~~ 5.99 | ~~14.99~~ 5.99 | ~~14.99~~ 5.99 | 5.99 |

* View full price chart
* Compare our Prices!
* Why our prices are so low!
* Manage My Domains

\* Plus ICANN fee of 20 cents per domain name year. Certain TLD's only.
\*\* FREE Privacy for your .COM, .NET, .ME, .INFO, .ORG, .MOBI, .BIZ, .NAME, .WS and .BZ domain when you register five or more domains at one time.
Note: Bulk pricing will be applied based upon the total number of domains in your list -- no matter which domain extensions are selected. For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains.

47.     The ** disclaimer reads:  "FREE Privacy for your .COM, .NET, .ME, .INFO, .ORG, .MOBI, .BIZ, .NAME, .WS and .BZ domain when you register five or more domains at one time.  Note: Bulk pricing will be applied based upon the total number of domains in your list -- no matter which domain extensions are selected.  For instance, if you had 49 .com domains and 3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains."

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

**F.**    **The Bulk Pricing Chart Posted on GoDaddy.com in 2010 Advertises "FREE" Privacy**

48.    In 2010, GoDaddy posted the following then current rates for Bulk Pricing:

Check out our

low pricesFREE ExtrasDomain ServicesDomain FAQsSupportLegal

Join the Discount Domain Club: Always the best prices. No Volume requirements.

**Bulk Registration Pricing Per Year (per domain)**

**All prices are listed in United States dollars ($).**

| Privacy | | 1-5<br>8.99 | 6-20<br>FREE** | 21-49<br>FREE** | 50-100<br>FREE** | 101-200<br>FREE** | 201-500<br>FREE** | FREE** |
|---|---|---|---|---|---|---|---|---|
| SAVE!<br>.COM* | 1 yr | 10.69 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 2 yrs | 10.69 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 3 yrs | 10.69 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 5 yrs | 10.69 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| | 10 yrs | 10.69 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| SAVE!<br>.INFO* | 1 yr | ~~10.69~~<br>0.89 | ~~9.99~~<br>0.79 | ~~9.99~~<br>0.79 | ~~8.99~~<br>0.79 | ~~7.99~~<br>0.79 | ~~7.99~~<br>0.79 | 0.89 |
| SAVE!<br>.NET* | 1 yr | ~~12.99~~<br>9.99 | 8.99 | 8.49 | 6.49 | 5.99 | 5.99 | 5.99 |
| .ORG* | 1 yr | 14.99 | 8.99 | 8.49 | 7.99 | 7.29 | 7.29 | 7.29 |
| SAVE!<br>.ME | 1 yr | ~~19.99~~<br>8.99 | ~~19.99~~<br>8.99 | ~~19.99~~<br>8.99 | ~~18.99~~<br>8.99 | ~~16.99~~<br>8.99 | ~~16.99~~<br>8.99 | 8.99 |
| SAVE!<br>.MOBI | 1 yr | ~~14.99~~<br>6.99 | ~~14.99~~<br>6.99 | ~~14.99~~<br>6.99 | ~~12.99~~<br>6.99 | ~~12.99~~<br>6.99 | ~~12.99~~<br>6.99 | 6.99 |
| SAVE!<br>.US | 1 yr | ~~10.99~~<br>5.99 | ~~9.99~~<br>5.99 | ~~8.99~~<br>5.99 | ~~7.99~~<br>5.99 | ~~7.29~~<br>5.99 | ~~7.29~~<br>5.99 | 5.99 |
| SAVE!<br>.BIZ* | 1 yr | ~~14.99~~<br>8.99 | ~~9.99~~<br>8.99 | 8.99 | 7.99 | 6.99 | 6.99 | 6.99 |
| .MX | 1 yr | 49.99 | 49.99 | 49.99 | 49.99 | 49.99 | 49.99 | 49.99 |
| .CA | 1 yr | 12.99 | 12.99 | 12.99 | 12.99 | 12.99 | 12.99 | 9.99 |
| .WS | 1 yr | 14.99 | 13.99 | 12.99 | 12.99 | 11.99 | 11.99 | 11.99 |
| .ASIA* | 1 yr | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 |
| .BZ | 1 yr | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 19.99 |
| .IN | 1 yr | 14.99 | 14.99 | 14.99 | 14.99 | 14.99 | 14.99 | 12.99 |
| .NL | 1 yr | 14.99 | 14.99 | 14.99 | 14.99 | 14.99 | 14.99 | 14.99 |

- **View full price chart**
- **Compare** our **Prices!**
- **Why our prices are** so low!
- **Manage** My **Domains**

\* Plus ICANN fee of 18 cents per domain name year. Applies to certain TLD's only.

\*\* FREE Privacy for your .COM, .INFO, .NET, .ORG, .ME, .MOBI, .BIZ, .MX, .WS,

.NAME, .BZ and .NL domain when you register five or more domains at one time.

Note: Bulk pricing will be applied based upon the total number of domains in your list -- no

matter which domain extensions are selected.  For instance, if you had 49 .com domains and

3 .net domains, the entire order would qualify under bulk pricing for 50-100 domains.

49.    The "**\*\***" Disclaimer reads: "FREE Privacy for your .COM, .INFO, .NET, .ORG,

.ME, .MOBI, .BIZ, .MX, .WS, .NAME, .BZ and .NL domain when you register five or more

domains at one time."

**G.**    **The Bulk Pricing Chart Posted On GoDaddy.com in 2011 Through Current Advertises "FREE" Privacy**

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

50.     During 2011 and currently, on the homepage of GoDaddy.com and throughout the registration process, GoDaddy enticed and entices domain purchasers to buy more internet domain names saying that they will "Save big" and get the "FREE" Private Registrations if they purchase more than 5 internet domain names.

51.     In addition, as is seen in the following screenshot, GoDaddy states, "Register 5 or more domains and get FREE Private Registration!**" along with the word "FREE" being placed on a price tag:



52.     The disclaimer located near the bottom "**" reads:  "FREE Privacy for your .COM, .CO, .INFO, .NET, .ORG, .ME, .MOBI, .BIZ, .XXX, .MX, .TV, .WS, .BZ, .COM.BZ, .NET.BZ, .CC, .COM.CO, .NET.CO, .NOM.CO, .COM.MX, .NL domain when you register five or more domains at one time."  Additionally, the disclaimer states: "Get free Privacy when you register or transfer 5 or more eligible domains at one time."

53.     On the bulk registration webpage GoDaddy makes the same statement:  "Save BIG when you register multiple domains" and it states, "Register 5 or more domains and get FREE Private     Registration!**"          The     disclaimer     located     near     the     bottom     "**"  reads:  "** FREE Privacy for your .COM, .CO, .INFO, .NET, .ORG, .ME, .MOBI, .BIZ, .XXX, .MX, .TV, .WS, .BZ, .COM.BZ, .NET.BZ, .CC, .COM.CO, .NET.CO, .NOM.CO, .COM.MX, .NL domain when you register five or more domains at one time."  Additionally, the disclaimer states: "Get free Privacy when you register or transfer 5 or more eligible domains at one time."

54.     Throughout the registration process, GoDaddy states: ""Add 6 more domains and GET BULK PRICING*** with the following "BULK PRICING" chart:

| Pricing | | | | | | | | | Order Summary |
|---|---|---|---|---|---|---|---|---|---|
| General | Country/Region | Bulk | | | | | | | 6 domains pending registration |
| | | 1 - 5 | 6 - 30 | 21 - 48 | 50 - 100 | 101 - 200 | 201 - 500 | Discount Domain Club | Add 6 more domains and GET BULK PRICING*** |
| Privacy | | $9.99 | FREE** | FREE** | FREE** | FREE** | FREE** | | Continue to Registration |
| .COM SAVE! | 1 yr | $12.99* $9.99* | $10.99* $8.93* | $9.49* | $8.99* | $8.29* | $8.29* | $8.19* | |
| | 2 yrs | $12.99* $11.49* | $10.99* $10.49* | $9.49* | $8.99* | $8.29* | $8.29* | $16.38* | |
| | 3 yrs | $12.99* $12.39* | $10.99* $10.66* | $9.49* | $8.99* | $8.29* | $8.29* | $24.57* | |
| | 5 yrs | $12.99* $12.39* | $10.99* $10.79* | $9.49* | $8.99* | $8.29* | $8.29* | $40.95* | |
| | 10 yrs | $12.99* $12.93* | $10.99* $10.89* | $9.49* | $8.99* | $8.29* | $8.29* | $81.90* | |
| .CO SAVE! | 1 yr | $29.99 $9.99 | $27.99 $9.99 | $27.99 $9.99 | $27.99 $9.99 | $27.99 $9.99 | $27.99 $9.99 | $8.19 | |

55.     The "**" Disclaimer at the bottom of the page reads: "** FREE Privacy for your .COM, .CO, .INFO, .NET, .ORG, .ME, .MOBI, .BIZ, .XXX, .MX, .TV, .WS, .BZ, .COM.BZ, .NET.BZ, .CC, .COM.CO, .NET.CO, .NOM.CO, .COM.MX, .NL domain when you register five or more domains at one time."  In addition, the Disclaimer states:  "Get free Privacy when you register or transfer 5 or more eligible domains at one time."

56.     Throughout the class period, this same "FREE" offer and disclaimer has been and is repeated numerous times on different webpages on GoDaddy.com, including but not limited to:

a.      the homepage  http://www.godaddy.com/;
b.      the bulk registration search page and disclaimer located at http://www.godaddy.com/domains/searchbulk.aspx?isc=goft2001ea&ci=8991;
c.      the domain name transfer page located at http://www.godaddy.com/domains/domain- transfer.aspx?isc=goft2001ea&ci=8992;
d.      the bulk transfer page disclaimer located at http://www.godaddy.com/domains/bulk-domain-transfer.aspx?isc=goft2001ea&ci=8993; and
e.      the bulk pricing chart and disclaimer built into the domain registration process for single domains located at https://www.godaddy.com/domains/searchresults.aspx?ci=54814&isc=goft2001ea.

57.     GoDaddy does not display any disclaimer, or limit the disclaimers that it does provide, to state that there are any limitations on the length of time that "FREE" Private

PADUA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

Registration for internet domain names purchased in bulk will last, or that the "FREE" aspect of the offer will expire upon the renewal of the internet domain names.

58.     GoDaddy has never provided a separate bulk "renewal" price list for its Private Registrations.  GoDaddy has always posted the "Bulk Pricing" "FREE" price for the Private Registration service when 5 or more internet domain names are purchased.

## VI.     GODADDY'S AUTO RENEWAL SCHEME

59.     Sometime prior to 2006 when GoDaddy first changed the bulk price of the Private Registration to "FREE" in the GoDaddy Bulk Pricing Chart, GoDaddy and its "partner" Domains By Proxy Inc. combined, conspired or agreed to and continue to combine, conspire agree to fraudulently and in breach of the UTSA overcharge Plaintiff and the Class at the automatic renewal of the domain names and the Private Registration service.

60.     In furtherance of the conspiracy, beginning no later than March 12 2006 as evidenced by the screenshot provided earlier, GoDaddy listed the fraudulent "FREE" Private Registration offer throughout GoDaddy.com, along with wholly inadequate disclaimers. Domains By Proxy Inc. was aware of these inadequate disclaimers and nothing on DomainsByProxy.com clarifies these inadequate disclaimers.

61.     Despite the fact that customers never "purchase" the "FREE" Private Registration service and that GoDaddy gives "FREE" Private Registrations to consumers who purchase 5 or more internet domain names, GoDaddy automatically defaults the Private Registration service into automatic renewal.

62.     Then, pursuant to this account level automated default setting, GoDaddy, in the same transaction and without any input from the customer, automatically renews the separate Private Registration service when GoDaddy automatically renews the internet domain names that were purchased.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

63.     The "then current rate" for the day on which the renewal occurred is reflected as "Today's Price" on the Customer's receipts.

64.     When 5 or more bulk purchased internet domain names are automatically renewed, GoDaddy not only charges a fee for the domain name registration, but also automatically charges Customers an unauthorized fee for the Private Registration for each domain name that was given to them for "FREE" upon the initial purchase of the domain name registration.

65.     Even if GoDaddy was authorized to charge upon renewal for the Private Registration services GoDaddy represented to the Customer were, and would remain, "FREE", GoDaddy upon renewal does not charge the Customer the "then-current price" for the Private Registrations.

66.     The unauthorized fee charged by GoDaddy for Private Registrations upon the renewal of the internet domain names purchased in bulk is the same fee that GoDaddy charges for Private Registration services sold to consumers registering or renewing a single domain name, or who are adding privacy services to an already registered domain name.

67.     However, even at the renewal time, Private Registrations for internet domain names purchased in bulk are, and have been for all times material to this action, advertised and represented by GoDaddy to be "FREE."

68.     Thus, GoDaddy charges an unauthorized fee to consumers who registered internet domain names in bulk and who were extended "FREE" Private Registration without limitation whenever those consumers renew their domain name registrations.

69.     In furtherance of the conspiracy, and in an effort to prevent the Customers from removing the automatic renewal on the Private Registration service, both Go Daddy and Domains By Proxy, Inc. combined, conspired or agreed to provide false statements within their respective agreements on how to remove the automatic renewal from the Private Registration service.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

## VII.    GODADDY'S AGREEMENTS WITH ITS CUSTOMERS

70.    When a customer purchases 5 or more internet domain names with GoDaddy and gets the "Free" Private Registration, the user is required to assent to the "Universal Terms of Service Agreement" and the "GoDaddy Domain Name Registration Agreement," which apply to the purchased domain name registrations.

71.    The GoDaddy Domain Name Registration Agreement states, "This Agreement sets forth the terms and conditions of your use of GoDaddy's domain name registration services[.]" Therefore, it is not applicable in any way to the automatic renewal of the Private Registration service.

72.    GoDaddy also presents the "GoDaddy Domain Name Proxy Agreement," but the Domain Name Proxy Agreement is silent regarding GoDaddy's contractual obligations as to pricing of the Private Registration at the automatic renewal of the bulk purchased domains.

73.    Those auto renewal obligations are contained within the UTSA and are "in addition to (not in lieu of) any specific terms and conditions that apply to the particular Services you purchase or access through GoDaddy or this Site." UTSA, ¶ 1.

74.    The UTSA on GoDaddy's website provides that it "sets forth the general terms and conditions of your use of GoDaddy products and services (individually and collectively, the "Services") *purchased or accessed* through GoDaddy or the GoDaddy website ..." (emphasis added). UTSA at ¶ 1.

75.    The provisions at issue of the UTSA throughout the class period are substantially the same in the different versions of the UTSA.

76.    The term "purchase" is not defined with the UTSA.  However, the common dictionary definition of the word "purchase" means: (a) "to acquire by the payment of money or

1   its equivalent."  Random House Dictionary, 2012; or (b) "to obtain goods by payment ...."

2   COLLINS ENGLISH DICTIONARY, 10th Ed., 2009.

3      77.    Moreover, the courts of this district have already determined that services given

4   away by GoDaddy for "FREE" should not, without further explanation, be considered as having

5

6   been "purchased."  *Crabb and McBride v. GoDaddy.com, Inc. and The GoDaddy Group, Inc.*,

7   Case No. CV10-940-PHX-NVW, in the United States District Court for the District of Arizona.

8   GoDaddy has not explained to customers that GoDaddy does not use the word "FREE" as "free"

9   is customarily and commonly understood.

10     78.    Additionally, the UTSA distinguishes between those services that are "purchased,"

11

12  and those that are "accessed through" but not "purchased."  As the "FREE" Private Registrations

13  are not "purchased" by the Customers, those services fall under the "accessed through" provision

14  because the Private Registrations can be accessed via hyperlinks from GoDaddy.com.

15     79.    In its paragraph 15, the UTSA provides that:

16     You agree to pay any and all prices and fees due for Services *purchased* at this
       Site at the time you order the Services. ...  GoDaddy expressly reserves the right
17     to change or modify its prices and fees at any time, and such changes or
       modifications shall be posted online at this Site and effective immediately without
18     need for further notice to you.  *If you have purchased Services* for a period of
       months or years, *changes or modifications in prices and fees shall be effective*
19     *when the Services in question come up for renewal as further described*
       *below.* ...
20     ***
       MOST SERVICES OFFER AN AUTOMATIC RENEWAL OPTION.  THE
21     AUTOMATIC RENEWAL OPTION AUTOMATICALLY RENEWS THE
       APPLICABLE SERVICE FOR A RENEWAL PERIOD EQUAL IN TIME TO
22     THE ORIGINAL SERVICE PERIOD.  FOR EXAMPLE, IF YOUR ORIGINAL
       SERVICE PERIOD IS FOR ONE YEAR, YOUR RENEWAL PERIOD WILL BE
23     FOR ONE YEAR.  WHILE THE DETAILS OF THE AUTOMATIC RENEWAL
       OPTION VARY FROM SERVICE TO SERVICE, THE SERVICES THAT
24     OFFER AN AUTOMATIC RENEWAL OPTION TREAT IT AS THE
       DEFAULT SETTING.  THEREFORE, UNLESS YOU DISABLE THE
25     AUTOMATIC RENEWAL OPTION, *GODADDY WILL AUTOMATICALLY*
26     *RENEW THE APPLICABLE SERVICE WHEN IT COMES UP FOR*
       *RENEWAL AND WILL TAKE PAYMENT FROM THE PAYMENT METHOD*
27     *YOU HAVE ON FILE WITH GODADDY AT GODADDY'S THEN CURRENT*

28

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

***RATES,*** WHICH YOU ACKNOWLEDGE AND AGREE MAY BE HIGHER OR LOWER THAN THE RATES FOR THE ORIGINAL SERVICE PERIOD. (emphasis added).

80.     The Private Registration services given "FREE" by GoDaddy to consumers in order to entice them to buy internet domain names in bulk are not "purchased." Nothing is paid to GoDaddy for those services; indeed, the bulk domain name price does not change if a consumer accepts the Private Registration services or rejects them. The Private Registration services are given to the Customer for "FREE."

81.     Because they are "FREE", Private Registration services are not subject to changes or modifications in prices or fees as "further described" in paragraph 15 of the UTSA. The automatic renewal provisions of the UTSA only apply to services which were purchased. GoDaddy does not have contractual authority to automatically renew Bulk Private Registrations for a price other than "FREE" because they are not "purchased."

82.     The word "renew" is not defined anywhere in the UTSA. However, the common dictionary definition of the word "renew" means: "to make like new." Merriam Webster Online Dictionary 2012 http://www.merriam-webster.com/dictionary/renew.

83.     Private Registration services for bulk registrations of 5 or more internet domain names have been continuously posted and described by GoDaddy on GoDaddy.com as "FREE" throughout all times material to this action. Therefore, even if those Private Registration services were subject to "renew" at their "then current rates" when the bulk registrations are automatically renewed, the "then current rates" for those Private Registration services are described by GoDaddy as "FREE." Notwithstanding the language in the UTSA and the constant representation on GoDaddy's website that Private Registration services are provided for "FREE" for the life of the domain name in connection with a bulk domain name registration, Plaintiff and other Class members were charged for Private Registrations in connection with each of their

internet domain names originally purchased in bulk when those bulk purchased internet domain names renewed.

## VIII. GODADDY'S FAILURE TO NOTIFY CUSTOMERS OF THE AUTOMATIC CHARGES FOR PRIVATE REGISTRATION SERVICES

84. At the time internet domain names are purchased, GoDaddy is able to determine instantaneously whether that customer will take advantage of GoDaddy's offer to provide "FREE" Private Registration for those internet domain names. GoDaddy has the technological capability to adequately notify customers at the very moment that their decision to accept GoDaddy's offer for "FREE" Private Registration services would result in a charge to those customers upon renewal of their internet domain names purchased in bulk. GoDaddy could give customers the option to decline the transaction to avoid incurring a fee for Private Registration services, but it does not do so because it seeks to maximize the amount of revenue generated by overbilling customers for what are supposed to be "FREE" Private Registration services.

85. Notwithstanding its technological capabilities and actual knowledge, GoDaddy failed and fails to provide notice to the Plaintiff and the Class that they will be charged for a service that is supposed to be "FREE." Because those customers are not notified of the potential charge, and are not given the option of declining the fee for the Private Registration services, the customers incur monetary damages in the form of charges when the internet domain names purchased in bulk are renewed.

86. GoDaddy fails to make Plaintiff and Class members aware that they can decline the Private Registration scheme so that they can avoid being overbilled for services that are supposed to be "FREE."

## VIII. GODADDY'S UNCONSCIONABLE PROVISIONS AND POLICIES

87. The GoDaddy webpages and disclaimers are specifically deceptive and misleading, because they lead consumers to believe that Private Registration services given away

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

by GoDaddy in connection with bulk domain registration purchases will be "FREE" for as long as the consumer utilizes the domain name.

88.     In furtherance of the conspiracy, and in an effort to prevent the Customers from removing the automatic renewal on the Private Registration service, both Go Daddy and Domains By Proxy, Inc. combined, conspired or agreed to provide false statements within their respective agreements on how to remove the automatic renewal from the Private Registration service.

89.     As described above, Go Daddy lists false information in the UTSA on how to remove the automatic renewal from the Private Registration service.

90.     In addition, Domains By Proxy Inc. in the Domains By Proxy Agreement also lists false information on how to remove the automatic renewal setting from the Private Registration service when it states: "You may also elect to disengage the automatic renewal feature for DBP's private registration services, by logging into Your customer account at Your Registrar's web site and disabling the auto renew option." See Domains By Proxy Agreement §3  attached as Exhibit "B".

91.     In furtherance of the conspiracy, GoDaddy and Domains By Proxy combined, conspired or  agreed that none of the GoDaddy receipts GoDaddy provided to Customers would identify the Private Registration as "recurring" when in fact it is a recurring fee automatically charged by GoDaddy.

92.     Plaintiff and the Class have been damaged by the conspiracy, when GoDaddy overcharged Plaintiff and the Class for Private Registrations that have throughout the entire class period been posted and advertised as "FREE" and that should have been "FREE."

93.     That last act in furtherance of the conspiracy has yet to occur because GoDaddy's conspiracy continues today as evidenced by the current posting by GoDaddy on GoDaddy.com of the "FREE" Private Registrations in the Bulk Pricing chart in the same red, all capitalized font,

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

the "FREE" Private Registration offer on the homepage of GoDaddy.com, the continued posting of wholly inadequate dislaimers, the charges for Private Registrations for Plaintiff WineStyles which occurred on December 17, 2012, and the subsequent renewal notice from GoDaddy.com which does not disclose that GoDaddy.com and Domains By Proxy Inc., as registrant of the listed domain names, have arranged for the automatic renewal of the Private Registrations at full price.

94.     GoDaddy's policies and practices regarding charges imposed on supposedly "FREE" services are unconscionable in the following respects, among others:

    a.    GoDaddy does not disclose or reasonably disclose to customers that they have the option to "opt out" of GoDaddy's overbilling scheme;

    b.    GoDaddy does not obtain affirmative consent from Private Registration customers prior to processing a transaction that will bill their credit cards for renewal charges on the supposedly "FREE" Private Registration services;

    c.    The UTSA and related documents are contracts of adhesion in that they are standardized forms, imposed and drafted by GoDaddy, which is a party of vastly superior bargaining strength, and only relegates to the customer the opportunity to adhere to them or reject the agreement in its entirety; and

    d.    The fact that customers will be charged for the "FREE" Private Registration services, and the amount of those charges, are not disclosed, or if disclosed, the disclosures are done in an ineffective, ambiguous, misleading, and unfair manner, since it is not stated clearly in any document or any webpage.

## CLASS ALLEGATIONS

95.     Plaintiff brings this action on behalf of itself and all others similarly situated pursuant to Fed. R. Civ. P. 23. This action satisfies the numerosity, commonality, typicality, adequacy, predominance and superiority requirements of Rule 23.

96.     The proposed class is defined as:

All GoDaddy customers who from March 19, 2006 to the date of class certification had simultaneously registered through GoDaddy 5 or more internet domain names and were provided with "FREE" Private Registration services at the time of purchase, and were then charged a fee for Private Registration services at the time the domain names were renewed.   (the "Class").

WineStyles, Inc. vs. GoDaddy.com, LLC
Class Action Complaint
Case No.

24

97.     Plaintiff reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is appropriate.

98.     Excluded from the Class are GoDaddy, its parents, subsidiaries, affiliates, officers and directors, and any entity in which GoDaddy has a controlling interest, all customers who make a timely election to be excluded, governmental entities, and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

99.     The members of the Class are so numerous that joinder of all members is impracticable.  The Class consists of thousands of members, the identity of whom is within the knowledge of and can be ascertained by resort to GoDaddy's records.

100.    There are questions of law and fact common to the Class.

101.    The claims of the Plaintiff are typical of the claims of the Class.  Plaintiff, like all Class members, was charged renewal fees for Private Registration services, which should have been provided to it by GoDaddy for "FREE", as agreed upon and represented when they initially registered the internet domain names.

102.    The representative Plaintiff, like all Class members, has been damaged by GoDaddy's misconduct in that it incurred and will continue to incur unfair and unconscionable fees for Private Registration of internet domain names that were originally registered in bulk and that were to receive "FREE" Private Registration services from GoDaddy.

103.    The factual basis of GoDaddy's misconduct is common to all Class members, and represents a common thread of unfair and unconscionable conduct resulting in injury to all members of the Class.  GoDaddy has acted on grounds that apply generally to the Class, so that final injunctive relief or corresponding declaratory relief is appropriate with respect to the Class as a whole.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

104.    Plaintiff's claims are typical of the claims of other Class members, in that they arise out of the same wrongful overbilling on private registrations and the same or substantially similar unconscionable provisions of GoDaddy's account agreements and other related documents.    Plaintiff has suffered the harm alleged and has no interests antagonistic to the interests of any other Class member.

105.    Plaintiff is committed to the vigorous prosecution of this action and has retained competent counsel experienced in the prosecution of class actions.    Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

106.    Prosecuting separate actions by individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members.

107.    Questions of law and fact common to Class members predominate over any questions affecting only individual members, so that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

108.    Among the questions of law and fact common to the Class are whether GoDaddy:

a.    Does not clearly disclose to the purchasers of internet domain names in bulk that the Private Registration services GoDaddy represents to be "FREE" will in fact be charged for those Private Registration services when the internet domain names are renewed;

b.    Obtains affirmative consent from its customers prior to processing transactions that will result in charges for the "FREE" Private Registration services;

c.    Alerts its customers that although it advertised and represented that the Private Registration services would be "FREE," it intends to and will charge them for those Private Registration services when the domain name registration is renewed;

d.    Breaches its covenant of good faith and fair dealing with the Plaintiff and the other members of the Class through its domain name Private Registration renewal policies insofar as internet domain names that were bulk registered are concerned;

e.    Requires its customers to enter into standardized account agreements which include unconscionable provisions;

f.  Converts monies belonging to Plaintiff and other members of the Class through its domain name Private Registration renewal policies insofar as internet domain names that were bulk registered are concerned;

g.  Is unjustly enriched through its domain name Private Registration renewal policies insofar as internet domain names that were bulk registered are concerned; and

h.  Violates the consumer protection laws of Arizona through its domain name and Private Registration renewal policies insofar as internet domain names that were bulk registered are concerned.

109.  Other questions of law and fact common to the Class include:

a.  The proper method or methods by which to measure damages; and

b.  The declaratory relief to which the Class is entitled.

110.  The Class members' interest in individually controlling the prosecution of separate actions is subordinate to questions of law and fact common to the class members.  Even if Class members themselves could afford such individual litigation, the court system could not. Given the complex legal and factual issues involved, individualized litigation would significantly increase the delay and expense to all parties and to the Court.  Individualized litigation would also create the potential for inconsistent or contradictory rulings. By contrast, a class action presents far fewer management difficulties, allows claims to be heard which might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale and comprehensive supervision by a single court.

111.  On information and belief, the claims of the Class hereunder are not subject to litigation already begun by Class members.

112.  It is desirable that the litigation of the claims of the Class members should be concentrated in this forum; indeed, the terms and conditions of the agreement between the Defendant and the Class members require litigation of at least claims arising out of, under, or in connection with those terms and conditions within this forum.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

113.   Managing the claims of the Class members will be most fairly and efficiently handled within a class action and are superior to any other method of adjudicating this controversy.  Since the amount of each individual Class member's claim is small relative to the complexity of the litigation, and due to the financial resources of GoDaddy, no Class member could afford to seek legal redress individually for the claims alleged herein.  Therefore, absent a class action, the Class members will continue to suffer losses and GoDaddy's misconduct will proceed without remedy.

## GODADDY'S MISLEADING AND DECEPTIVE OVERBILLING PRACTICES HAVE HARMED THE PLAINTIFF

114.   Plaintiff WineStyles is a current customer of GoDaddy.

115.   WineStyles became a GoDaddy customer in 2009.

116.   On December 17, 2009, WineStyles  purchased  the following eight (8) internet domain names for 1 year registration periods from GoDaddy as part of a bulk domain name registration transaction:

BISCOTTIBITS.COM

RELASPICE.COM

RELASPICE.NET

RELASPICES.COM

RELASPICESHOP.COM

RELATEAANDSPICE.COM

RELATEASANDSPICES.COM

RELATEASANDSPICES.NET.

117.   The then current rate for bulk pricing for Private Registrations was "FREE" when 5 or more domain name registrations were purchased.  GoDaddy gave WineStyles "FREE" Private Registration services at the time it registered the eight (8) internet domain names.

GoDaddy automatically defaulted all of the domain name registration purchases into automatic renewal.   Upon registration, Domains By Proxy became the registrant of the internet domain names.

118.   On December 17, 2009, in a separate transaction, WineStyles  purchased the following six (6) internet domain names from GoDaddy for 1 year registration periods:

RE-LA.COM

RELATEAS.COM

RELATEASHOP.COM

RELATEA.NET

RELATEAS.NET

RELATEAS.BIZ

119.   The then current rate (during or about December 2009) for bulk pricing for Private Registrations when 5 or more domain name registrations were purchased was "FREE."  GoDaddy gave WineStyles "FREE" Private Registration services at the time it registered the six (6) internet domain names.  GoDaddy automatically defaulted all of the domain name registration purchases into automatic renewal.  Upon registration, Domains By Proxy was identified as the registrant of the internet domain names.

120.   One year later, on December 18, 2010, when GoDaddy automatically renewed the 14 domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE" for the life of the domain names.

121.   Despite the then posted current rate being "FREE," GoDaddy charged WineStyles a $8.99 fee for the Private Registration service on each domain name when GoDaddy renewed the domain name registrations WineStyles  had purchased in bulk.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

122.    One year later, on December 18, 2011, when GoDaddy automatically renewed the domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE."

123.    In a separate bulk pricing transaction, on January 13, 2010 Plaintiff WineStyles purchased the following five (5) domain name registrations from GoDaddy:

TASTELEARNANDENJOY.COM

TASTELEARNANDENJOY.NET

TASTELEARNENJOY.COM

TASTELEARNENJOY.NET

TASTELEARNANDENJOY.INFO

124.    One year later, on January 14, 2011, when GoDaddy automatically renewed the 5 domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE."

125.    Despite the then posted current rate being "FREE," GoDaddy charged WineStyles a $8.99 fee for the Private Registration service on each domain name when GoDaddy renewed the domain name registrations WineStyles had purchased in bulk.

126.    One year later in 2012, when GoDaddy automatically renewed the domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE."

127.    Despite the then current rate being "FREE," GoDaddy charged WineStyles an $8.99 fee for the Private Registration services on each domain name when GoDaddy renewed the domain name registrations WineStyles had purchased in bulk.

128.    If GoDaddy had not misrepresented the "FREE" Private Registration services, WineStyles  would not have accepted the "FREE" offer and subsequently been overbilled by

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

GoDaddy for those Private Registration service when GoDaddy automatically renewed the internet domain names.

129.    In a separate bulk pricing transaction, on November 30, 2009, WineStyles register the following eight (8) internet domain names from GoDaddy:

TASTINGSTATION.INFO

TASTINGSTATION.NET

TASTINGSTATIONS.COM

TASTINGSTATION.NET

TASTINGSTATION.BIZ

TASTINGSTATIONS.NET

TASTINGSTATIONS.BIZ

TASTINGSTATIONS.INFO

130.    The then current rate for bulk pricing for private registrations when 5 or more domain name registrations were purchased was "FREE."  GoDaddy gave WineStyles "FREE" Private Registration services at the time it registered the eight (8) internet domain names. GoDaddy automatically defaulted all of the domain name registration purchases into automatic renewal.  Upon registration, Domains By Proxy became the registrant of the internet domain names.

131.    One year later in 2010, when GoDaddy automatically renewed the domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE."

132.    Despite the then posted current rate being "FREE," GoDaddy charged WineStyles a $8.99 fee for the Private Registration service on each domain name when GoDaddy renewed the domain name registrations WineStyles had purchased in bulk.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

133.    One year later in 2011, when GoDaddy automatically renewed the domain name registrations, GoDaddy was still advertising and representing that the current bulk rate for Private Registration services was "FREE."

134.    Despite the then current rate being "FREE," GoDaddy charged WineStyles an $8.99 fee for the Private Registration services on each domain name when GoDaddy renewed the domain name registrations WineStyles had purchased in bulk.

135.    If GoDaddy had not misrepresented the "FREE" Private Registration services, WineStyles would not have accepted the "FREE" offer and subsequently been overbilled by GoDaddy for those Private Registration service when GoDaddy automatically renewed the internet domain names.

136.    Based on information and belief, the Private Registration renewal charges incurred by the Plaintiff are representative of tens of millions of overbilled and unauthorized Private Registration fees GoDaddy wrongfully assessed and charged against customer accounts.  These wrongful takings are especially egregious considering that GoDaddy was in complete control of the automatic renewal purchase and knew at the time of the renewal billings that it was charging customers for a service that GoDaddy was  representing was "FREE."

137.    As a consequence of GoDaddy's improper charges for private registration renewals, GoDaddy has improperly deprived Plaintiff and the Class of significant funds, causing ascertainable monetary losses and damages.

138.    As a consequence of its improper charges, GoDaddy has wrongfully deprived Plaintiff and the Class of funds to which it had no legitimate claim.

139.    All conditions precedent to the relief sought herein have either occurred, or have been performed or waived.

## COUNT I
## BREACH OF CONTRACT

140.   Plaintiff reavers paragraphs 1 through 139 above as if fully realleged herein.

141.   This is a claim by Plaintiff on behalf of itself and the Class for a remedy for GoDaddy's breach of contract.

142.   GoDaddy offered to provide the Plaintiff and the members of the Class with "FREE" Private Registration services if they purchased 5 or more internet domain names.

143.   Plaintiff and the Class accepted GoDaddy's offer.

144.   Good and sufficient consideration existed for the agreement; specifically, Plaintiff purchased 5 or more internet domain names through GoDaddy.

145.   GoDaddy breached the express terms of its agreement with the Plaintiff and the Class members when GoDaddy automatically renewed the internet domain names, by additionally and automatically charging them for Private Registration services they never purchased and when those Private Registrations were supposed to be "FREE."

146.   Alternatively and additionally, GoDaddy breached its agreement with the Plaintiff and the Class members by charging them for Private Registration services at a single, per domain name rate when the then current rate for Private Registration services being provided in connection with bulk pricing for 5 or more internet domain names was "FREE."

147.   Moreover, because none of the Private Registrations were purchased, GoDaddy had neither the contractual authority to place the Private Registration service into automatic renewal nor the contractual authority to raise or modify the prices on the Private Registrations.

148.   Each subsequent automatic charge for the Private Registration service constituted a breach of the express terms of the UTSA.

149.   Alternatively, the phrase "then current rate" is ambiguous in that it does not define an actual price to be paid for the Private Registrations.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

150. The extrinsic evidence posted on GoDaddy.com throughout the class period in its 'bulk pricing" chart shows conclusively that the "then current rate" for Private Registrations when 5 or more domains names are purchased has always been "FREE."

151. As a direct and proximate cause of Defendant's breach, Plaintiff and the Class members have been damaged by GoDaddy's breach of the agreement.

**COUNT II**
**BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**(Pled in the Alternative to Count I)**

152. Plaintiff reavers paragraphs 1 through 139 above as if fully realleged herein.

153. This is a claim by Plaintiff on behalf of itself and the Class for a remedy for GoDaddy's breach of the implied contractual covenant of good faith and fair dealing.

154. Plaintiff and GoDaddy have contracted pursuant to the website and UTSA for the automatic renewal of internet domain names. Plaintiff has stored payment methods and data in a GoDaddy.com account which GoDaddy has access to at all times.

155. All disputes arising under or out of the UTSA are governed by and construed in accordance with the federal law of the United States and the state law of Arizona.

156. Under Arizona law, good faith is an element of every contract pertaining to the renewal of the internet domain names purchased from GoDaddy, as well as the assessment of renewal fees for "FREE" Private Registration services. Whether by common law or statute, all such contracts impose upon each party a duty of good faith and fair dealing. Good faith and fair dealing, in connection with executing contracts and discharging performance and other duties according to their terms, means preserving the spirit – not merely the letter – of the bargain. Put differently, the parties to a contract are mutually obligated to comply with the substance of their contract in addition to its form. Evading the spirit of the bargain and abusing the power to specify terms constitute examples of bad faith in the performance of contracts.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

157.    Subterfuge and evasion violate the obligation of good faith performance even when an actor believes his conduct to be justified.  Bad faith may be overt or may consist of inaction, and fair dealing may require more than honesty.  Examples of bad faith are evasion of the spirit of the bargain, willful rendering of imperfect performance, abuse of a power to specify terms, and interference with or failure to cooperate in the other party's performance.

158.    Since at least February 2006, GoDaddy has breached the covenant of good faith and fair dealing in the UTSA through its policies and practices to overbill for "FREE" Private Registration services when GoDaddy automatically renews the Private Registrations.

159.    Once the internet domain names are purchased, Domains By Proxy, Inc. a separate GoDaddy partner or affiliated company, is identified as the registrant of the domain name, not the customer.

160.    GoDaddy and Domains By Proxy, Inc. as the registrant of the internet domain names, collude and conspire to auto renew the Domains By Proxy Private Registration services set up by GoDaddy and Domains By Proxy at the initial registration of the internet domain names at the regular price of a single domain registration along with the internet domain names. GoDaddy has frustrated the rights of WineStyles and the Class members by entering into a furtive deal with Domains By Proxy, Inc., who became the registrant once the Private Registrations were given "FREE."  This collusion resulted in WineStyles and the Class members being overcharged for Private Registrations on auto renewal of the internet domain names allowing GoDaddy and Domains By Proxy to unfairly pocket such overcharges.

161.    In addition, the covenant of good faith finds particular application in situations where one party is invested with a discretionary power affecting the rights of another.  Such power must be exercised in good faith.  GoDaddy is in total control of the transaction when GoDaddy automatically renews services.  In addition, GoDaddy has access to the payment

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

methods stored in the Customers accounts. Moreover, Domains By Proxy Inc. - a GoDaddy owned, controlled or affiliated company - is the registrant of every domain name with Private Registration on it. As such, GoDaddy has complete control over the domain name itself and the services which it automatically renews. GoDaddy abuses its discretion by automatically charging customers in bad faith for the full price for Private Registrations after a minimum of 1 year has passed in total disregard of the posted current rates for bulk priced Private Registrations.

162.   The implied covenant of good faith and fair dealing prohibits GoDaddy from automatically charging for Private Registrations upon the automatic renewal of 5 or more domain name registrations.

163.   Plaintiff and the Class have performed all, or substantially all, of the obligations imposed on them under the UTSA.

164.   Plaintiff and the members of the Class have been damaged as a result of GoDaddy's breach of the covenant of good faith and fair dealing.

## COUNT III
## UNJUST ENRICHMENT

165.   Plaintiff reavers paragraphs 1 through 139 above as if fully realleged herein.

166.   Plaintiff, on behalf of itself and the Class, asserts a claim for unjust enrichment under the state law of Arizona.

167.   By means of GoDaddy's wrongful conduct alleged herein, GoDaddy knowingly provides internet domain name registration services to Plaintiff and the Class members that are unfair, unconscionable, and oppressive.

168.   GoDaddy knowingly received and retained wrongful benefits and funds from Plaintiff and members of the Class. In so doing, GoDaddy acted with conscious disregard for the rights of Plaintiff and members of the Class.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

169.    As a result of GoDaddy's wrongful conduct as alleged herein, GoDaddy has been unjustly enriched at the expense of, and to the detriment of, Plaintiff and members of the Class.

170.    GoDaddy's unjust enrichment is traceable to, and resulted directly and proximately from, the conduct alleged herein.

171.    Under the common law doctrine of unjust enrichment, it is inequitable for GoDaddy to be permitted to retain the benefits it received, and is still receiving, without justification, from the imposition of renewal fees for Private Registration services on Plaintiff and members of the Class in an unfair, unconscionable, and oppressive manner. GoDaddy's retention of such funds under circumstances making it inequitable to do so constitutes unjust enrichment.

172.    The financial benefits derived by GoDaddy rightfully belong to Plaintiff and members of the Class. GoDaddy should be compelled to disgorge in a common fund for the benefit of Plaintiff and members of the Class all wrongful or inequitable sums received by GoDaddy traceable to Plaintiff and members of the Class.

173.    Plaintiff and members of the Class have no adequate remedy at law.

### COUNT IV
### UNFAIR AND DECEPTIVE TRADE PRACTICES

174.    Plaintiff reavers paragraphs 1 through 139 above as if fully realleged herein.

175.    As more fully described above, GoDaddy uses a deceptive act or practice as described herein, as well as a false promise that Private Registration services will be "FREE" or will be renewed at their "then current rates," and misrepresents, conceals, suppresses and omits material facts from their offering of Private Registration services to the Plaintiff and to members of the Class, in connection with the sale of internet domain names on a bulk basis.

176.    GoDaddy engaged in an unfair and deceptive practice through its pervasive and deceptive offer on every page that a Customer would see while attempting to register internet domain names, that the Private Registration service was "FREE" with the purchase

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

of 5 or more internet domain names, and that the Private Registration service would be "FREE" for the life of the domain name.

177.    GoDaddy's disclaimers on these pages regarding the "FREE" Private Registration offer were wholly inadequate in that they each omitted the material fact that GoDaddy would automatically renew each Private Registration at the single regular price of $8.99 (currently listed as $9.99).

178.    In addition, GoDaddy omitted the material fact that once the Customers accepted the "FREE" offer for Private Registrations, that a GoDaddy partner or affiliated company, Domains By Proxy, Inc. would be the actual registrant of the domain name, not the Customers, and that so long as the Domains By Proxy, Inc. was the registrant, the Customer was unable to disable automatic renewal.

179.    In addition, GoDaddy's receipts, which are the same for all GoDaddy Customers, contain false statements of "Today's Price" for the bulk priced Private Registrations on the date of each transaction.   The receipts also omitted the material fact that the Private Registration service was recurring and would be charged at the full price for a single, non-bulk purchase.

180.    In addition, GoDaddy's statement in the UTSA that all Customers assent to "YOU MAY ENABLE OR DISABLE THE AUTOMATIC RENEWAL OPTION AT ANY TIME" is false because Customers cannot disable the automatic renewal on the Private Registration service from their GoDaddy.com account.

181.    Moreover, GoDaddy made at least two false and deceptive statements within the UTSA:

a.      the statement in paragraph 15 of the UTSA that GoDaddy would automatically renew services at the "then current rate" was false with respect to the price of Private Registrations when 5 or more domain name were bulk renewed; and

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

b.   the statements in paragraph 15 of the UTSA that "IN ORDER TO SEE THE RENEWAL SETTINGS APPLICABLE TO YOU AND YOUR SERVICES, SIMPLY LOG INTO YOUR ACCOUNT MANAGER ("ACCOUNT MANAGER") FROM THIS SITE AND FOLLOW THE STEPS FOUND HERE.  YOU MAY ENABLE OR DISABLE THE AUTOMATIC RENEWAL OPTION AT ANY TIME." These statements are false because the Customers cannot see the renewal settings applicable to the Private Registration service nor remove the automatic renewal setting on the Private Registration using the process described by GoDaddy on that page.  In fact, there is no way to remove the automatic renewal of the Private Registration service from the GoDaddy.com account.

182.   By posting false and deceptive "Bulk Pricing" charts on GoDaddy.com highlighting the "FREE" offer (in each instance in red font and all capitals), using false and misleading statements in the UTSA, using false and misleading statements to the Customers such as "Today's Price," and using wholly inadequate disclaimers which omitted material facts, GoDaddy communicated the deceptive offer regarding Private Registrations in a manner that shows the GoDaddy reasonably expected others to rely on it.

183.   Plaintiff and members of the Class relied on GoDaddy's deception.

184.   It is clear that consumers would have been deceived by GoDaddy's deception.

185.   Plaintiff and members of the Class have been damaged by GoDaddy's unfair and deceptive acts and practices.

186.   GoDaddy's conduct is unlawful under Title 44, Chapter 10, Article 7 of the Arizona Statutes.

**COUNT V**
**VIOLATION OF THE ELECTRONIC FUNDS TRANSFER ACT ("EFTA")**

187.   Plaintiff reavers paragraphs 1 through 139 above as if fully realleged herein.

188.   The Electronic Funds Transfer Act ("EFTA") permits "preauthorized electronic fund transfers," ("EFT") defined as "an [EFT] authorized in advance to occur at substantially regular intervals[.]" 15 U.S.C. § 1693a(9).

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

189.   All debits by GoDaddy to the Plaintiff and the Classes' bank accounts for Private Registration Services were unauthorized EFTs.

190.   Section 1693e of the EFTA elaborates on the provisions governing preauthorized transfers:

a.   A preauthorized [EFT] from a consumer's account may be authorized by the consumer only in writing, and a copy of such authorization shall be provided to the consumer when made. . . .

b.   In the case of preauthorized transfers from a consumer's account to the same person, which may vary in amount, the financial institution or designated payee shall, prior to each transfer, provide reasonable advance notice to the consumer, in accordance with regulations of the Board, of the amount to be transferred and the scheduled date of transfer.

191.   The automatic Private Registration fees were not authorized by the EFT agreement because the Private Registration service was not "purchased" by the Customers.

192.   GoDaddy violated the EFTA's restriction on preauthorized EFTs, which may be permitted by consumers "only in writing," [*6] a copy of which must be given "to the consumer when made." 15 U.S.C. § 1693e(a).

193.   The subsequent automatic charges for Private Registration services at the renewal of the domain name registrations after a minimum of 1 year passed were not covered by the plain terms of the original contract.

194.   Rather, GoDaddy debited the fees for the Private Registration services in addition to the fees for the domain name registrations.

195.   GoDaddy never provided notice of those fees.

196.   The authorization does not inform Customers that they would be charged for services that were not "purchased" and/or which were provided to them for "FREE."

197.   As such, the charge fell outside the scope of plaintiff's preauthorization.

WineStyles, Inc. vs. GoDaddy.com, LLC
Class Action Complaint                    40
Case No.

1

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and the Class demand a judgment as follows:

      A.      Declaring GoDaddy's charges imposed upon Private Registration services when renewing internet domain names purchased in bulk and with "FREE" Private Registration services to be wrongful, unfair, and unconscionable;

      B.      Restitution of all Private Registration service fees paid to GoDaddy by Plaintiff and the Class, as a result of the wrongs alleged herein, in an amount to be determined at trial;

      C.      Actual damages in an amount according to proof;

      D.      Statutory damages under the EFTA;

      E.      Punitive and exemplary damages;

      F.      Pre-judgment interest at the maximum rate permitted by applicable law;

      G.      Costs and disbursements incurred by Plaintiff and the Class in connection with this action, including by of example and not limitation, reasonable attorneys' fees pursuant to applicable law and administrative costs and fees; and

      H.      Such other and further relief as this Court deems just and proper.

***PLAINTIFF REQUESTS A TRIAL BY JURY OF ALL CLAIMS SO TRIABLE.***

      Respectfully submitted,

      PADULA HODKIN, PLLC
      Attorneys for Plaintiff
      101 Plaza Real South, Suite 207
      Boca Raton, FL 33432
      Telephone: 561.544.8900
      Facsimile: 561.544.8999
      Email: ahodkin@padulahodkin.com

Date: March 16, 2012

      By: _____
          Adam Hodkin, FBN 962597
          Stephen Padula, FBN 182362

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, SUITE 207
BOCA RATON, FL 33432

WineStyles, Inc. vs. GoDaddy.com, LLC
Class Action Complaint
Case No.        41